IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   1:15-CV-00278-CMA-KLM

ERIC C. JONES,                                   )
                                                 )
            Plaintiff,                           )
                                                 )
vs.                                              )
                                                 )
ESURANCE INSURANCE COMPANY,                      )
                                                 )
            Defendant.                           )
                                                 )

## STIPULATED ORDER PURSUANT TO FED. R. EVID. 502(d) REGARDING PRIVILEGED OR WORK PRODUCT-PROTECTED DOCUMENTS

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Rule 502(d) of the FEDERAL RULES OF EVIDENCE.

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/ Marc Harden                                        s/ John T. Osgood
_____                  _____
Marc Harden                                            John T. Osgood
Wyatt M. Cox                                           ARMSTRONG TEASDALE LLP
ZANER HARDEN LAW, LLP                          6400 S. Fiddlers Green Circle,
1610 Wynkoop Street, Suite 120                Suite 1820
Denver, Colorado 80202                          Denver, Colorado 80111
T: 303.563.5354                                       T: 720.200.0676
mh@zanerhardenlaw.com                         josgood@armstrongteasdale.com
wmc@zanerhardenlaw.com
Attorneys for PLAINTIFF ERIC C. JONES         Attorneys for DEFENDANT ESURANCE
                                                              INSURANCE COMPANY


DATED this _____4TH_____ day of ___May___, 2015.


                              BY THE COURT:


                              _____
                              Hon. Kristen L. Mix
                              United States Magistrate Judge